■ In the Matter of STEVEN SEIDLER et al., Petitioners, v SYLVIA G. ASH, a Justice of the Supreme Court, Kings County, et al., Respondents. [49 NYS3d 915]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Sylvia G. Ash, a Justice of the Supreme Court, Kings County, to determine three motions in an action entitled *Seidler v Knopf*, pending in that court under Index No. 506453/14.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioners have failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Hall, LaSalle and Connolly, JJ., concur.